■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ARROCHA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 16, 1987, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was deprived of a fair trial by statements made by the prosecutor during the cross-examination of the defendant and in summation. Since the defendant either failed to object to the statements complained of, or failed to request curative instructions or a mistrial in those instances where an objection was registered and sustained, his contentions are unpreserved for appellate review *(see,* CPL

470.05 [2]; *People v Comer,* 73 NY2d 955; *People v Medina,* 53 NY2d 951, 953; *People v Conethan,* 147 AD2d 654; *People v Rivera,* 142 AD2d 615, *lv denied* 72 NY2d 1049; *People v Walters,* 116 AD2d 757, *lv denied* 67 NY2d 891). In any event, the summation comments of which the defendant complains did not exceed the broad bounds of rhetorical comment permissible in closing argument *(see, People v Galloway,* 54 NY2d 396) and constituted fair rebuttal to certain assertions made by defense counsel in his summation *(see also, People v Martin,* 149 AD2d 534; *People v Dupree,* 148 AD2d 465; *People v Miller,* 143 AD2d 1055, *lv denied* 73 NY2d 858).

Finally, since the court acted within the statutory limits and no circumstances have been shown warranting a reduction in the sentence, there is no reason to disturb it *(see, People v Suitte,* 90 AD2d 80). Kooper, J. P., Spatt, Harwood and Rosenblatt, JJ., concur.